[No. 8160-8-I.   Division One.   July 13, 1981.]

MARGARET KLEIN, *Individually and as Administratrix,*
*Appellant,* v. GENE WARD KELLER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King

County, No. 822556, David W. Soukup, J., entered November 1, 1979. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Swanson, J.